Randal R. Leonard, Esq.
Nevada Bar No. 006716
500 South 8th Street
Las Vegas, NV 89101
(702) 598-3667
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

JOSE L. PINA; MARIA L. PINA,

　　　　　Debtors.

Case No.: BK-S-09-17787-BAM

Chapter 13

**MOTION TO AVOID LIEN**

Hearing Date: August 6, 2009
Hearing Time: 3:30 p.m.

COMES NOW Debtors JOSE L. PINA and MARIA L. PINA, by and through counsel,

Randal R. Leonard, Esq., and hereby moves that this Court enter an Order avoiding the lien in

second position against that property commonly known as 6812 Rolling Boulder Street, Las

Vegas, NV 89149 in favor of Beneficial. This Motion is based upon the pleadings and papers in

file herein and the Memorandum of Points and Authorities attached hereto.

　　　　Dated this 1st day of July, 2009.

　　　　　　　　　　　　　　　Randal R. Leonard, Esq.
　　　　　　　　　　　　　　　Randal R. Leonard, Esq.
　　　　　　　　　　　　　　　Nevada Bar No. 006716
　　　　　　　　　　　　　　　500 South 8th Street
　　　　　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　(702) 598-3667
　　　　　　　　　　　　　　　Attorney for Debtor

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF THE FACTS

Debtor filed the instant matter on or about May 14, 2009. Rick Yarnall was duly appointed as the Trustee in this matter.

On or about June 27, 2006 Debtor purchased that certain real property commonly known as 6812 Rolling Boulder Street, Las Vegas, NV 89149 for a total purchase price of $379,238.00. A true and correct copy of the deed transferring said property to Debtor is attached as Exhibit A. In order to purchase the above property, Debtor signed a Note secured by a Deed of Trust in first position in favor of US Bank. The total amount owing the 1st is $365,129.19. Please see US Banks' mortgage statement attached hereto as Exhibit B. Debtor also signed a Note secured by a Deed of Trust in second position in favor of Beneficial as well. The total amount owing the 2nd is $81,966.30. Please see Schedule D attached hereto as Exhibit C.

Debtor recently employed Vegas Valley Appraisers to appraise the subject property. The appraisal is attached as Exhibit D and was determined to be $177,000.00. Therefore, because the Note in first position is owed approximately $365,899.00 as according to the statement attached hereto as Exhibit B, the Note in second position held by Beneficial is wholly unsecured.

\\

\\

\\

\\

\\

\\

## II.

## BENEFICIAL DOES NOT HAVE A SECURED CLAIM REGARDING THEIR LOAN IN SECOND POSITION

11 U.S.C. § 506(a) bifurcates a creditor's allowed secured claim into two parts: (1) secured to the extent of the value of the property to which the creditor's interest attached; and (2) unsecured to the extent the claim exceeds the value of the underlying property. Therefore, not all secured interests will be "secured claims" in bankruptcy cases. In re Zimmer, 313 F.3d 1220 (9th Cir. 2002). Additionally, the Zimmer case holds that if the value of the first lien secured by real property is more than the value of the property itself, then the second lien is wholly unsecured and may be stripped off. Id.

In this matter, US Bank holds the lien in first position against the Debtor's property commonly known as 6812 Rolling Boulder Street, Las Vegas, NV 89149. The principal balance owing to US Bank is $365,899.00. Beneficial also holds a lien in second position against the above property and the principal balance owing on the second lien is $81,966.30. Since the appraisal of the subject property is $177,000.00 and is less than the amount owed to the first lien in this case held in favor of US Bank, then the second lien in favor of Beneficial is wholly unsecured and can be "stripped off."

## III.

## BENEFICIAL'S LIEN IN SECOND POSITION IS VOID

11 U.S.C. § 506(d) states in relevant part as follows:

> (d) To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void, unless-
> > (1) such claim was disallowed only under section 502(b)(5) or 502(e) of this title; or
> > (2) such claim is not an allowed secured claim due only to the failure of any entity to file a proof of such claim under section 501 of this title.

As a result of the fact that Beneficial's lien in second position is not an allowed secured claim under section 506(a), section 506(d) would therefore render the lien void.

## IV.

### BENEFICIAL'S CONTRACT RIGHTS MAY BE MODIFIED THROUGH DEBTOR'S CHAPTER 13 PLAN

11 U.S.C. § 1322(b)(2) allows a debtor to modify the rights of secured claim holders except those secured claim holders who have claims secured by the debtor's principal residence. Nevertheless, the Zimmer case cited above allows a debtor to modify the rights of those claims that are wholly unsecured even where the lien question is against the debtor's principal residence.

In conclusion, Debtor respectfully requests that the Court allow the Debtor to treat Beneficial's lien in second position as a wholly unsecured claim. Further, Debtor respectfully requests that the Court enter an Order that Beneficial's lien in second position have no further force or effect against that certain real property commonly known as 6812 Rolling Boulder Street, Las Vegas, NV 89149.

Dated this 1st day of July, 2009.

Randal R. Leonard, Esq.

Randal R. Leonard, Esq.
Nevada Bar No. 006716
500 South 8th Street
Las Vegas, NV 89101
(702) 598-3667
Attorney for Debtor

# EXHIBIT A

20060627-0005670

Fee: $17.00    RPTT $1,935.45
N/C Fee: $0.00

06/27/2006        14:33.29
T20060113736
Requestor:
  LAND TITLE OF NEVADA

Frances Deane                    ADF
Clark County Recorder    Pgs: 5

APN: 125-19-613-050

Recording Requested By:
Land Title of Nevada

Escrow No   14061605DL

When Recorded Mail Deed and Tax
Statement to:
Jose Pina
6812 Rolling Boulder St
Las Vegas, NV 89149

Documentary Transfer Tax $  1,935.45

XX          Computed on full value of property
              conveyed, or

              Computed on full value less liens and
              encumbrances remaining thereon at
              such time of sale

## CORPORATION GRANT, BARGAIN, SALE DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledge, PARDEE HOMES OF
NEVADA, a Nevada Corporation, formerly known as PARDEE CONSTRUCTION COMPANY OF
NEVADA, a Nevada Corporation hereby grants, bargains, and sells to:

Jose Pina and Maria Pina , husband and wife as joint tenants

the following described property situated in the City of Las Vegas, County of Clark, State of Nevada:

INTEREST 1: Lot ____50____ of Block __2__.

The fee simple title to Lot __50__ in Block __2__ of the Final Map of Town Center Assemblage RPD5
55 No. 3 as shown by Map thereof recorded February 3, 2005 on file in Book 122 of Plats, Page 0023 in the
Office of the County Recorder of Clark County, Nevada

EXCEPT all oil, asphaltum, petroleum, natural gas and other Hydrocarbons and any other valuable mineral
substances and products, and all other minerals, whether or not of the same character hereinbefore generally
described, in or under said land and lying and being at a vertical depth of 500 or more feet below the present
natural surface of the ground, but without right of entry on the surface or within a vertical depth of 500 feet
below the present natural surface of the ground.

Aliso 3-1; Alvarado 3-2 through 3-10 (RPD5 55 No 3)          1

INTEREST 2:

One membership in TOWN CENTER VILLAGES COMMUNITY ASSOCIATION, a Nevada nonprofit mutual benefit corporation, hereinafter called the "Association".

Grantees in accepting this deed and the conveyance hereunder do hereby agree, jointly and severally, for the benefit of Grantor and for the benefit of the Association and each and every one of the other members of said Association, that Grantees will promptly, fully and faithfully comply with and conform to the Declaration of Covenants, Conditions and Restrictions recorded as hereinafter set forth with the Office of the County Recorder of Clark County, Nevada, the By-laws of the Association and the Rules and Regulations from time to time prescribed thereunder by the Board of Directors of said Association or its officers and, in particular, Grantees do hereby agree, jointly and severally, promptly to pay in full any dues, fees or assessments levied by the Association.

The obligations of Grantees herein set forth shall be covenants running with the above-described real property, it being understood that said membership in the Association and the obligations thereof will automatically pass to Grantees' successors in title in the above-described real property whether such successors acquire title by foreclosure or otherwise, and shall be binding upon the Grantees above named, their heirs, devisees, executors, administrators, successors and assigns, provided that Grantees and their successors in title shall be bound by the foregoing covenants only as long as they, respectively, own title to the above-described property.

This Deed is made and accepted upon the easements, covenants, conditions and restrictions set forth in the Master Declaration of Covenants, Conditions, Restrictions and Reservation of Easements for Town Center Estates Community Association recorded on June 6, 2003 in Book 20030606 as Instrument No. 003083 in the Office of the County Recorder, Clark County, Nevada and any amendments thereto now or hereafter of record, all of which are incorporated herein by reference to said Declaration with the same effect as though fully set forth herein.


SUBJECT TO:

1        General and Special Taxes for the current Fiscal Year.

2.       Covenants, Conditions and Restrictions, Reservations, Easements, Rights of Way, of record.

IN WITNESS WHEREOF, this instrument is executed this _____7th_____ day of

_____June_____ _____, 2006 _____

PARDEE HOMES OF NEVADA,
a Nevada Corporation

By _____
Peggy Mikata, Closing Coordinator

By _____
Terri Hall, Closing Coordinator

By _____
Judith M. Fosler, Closing Coordinator

**STATE OF NEVADA**               )
                                        ) SS.

**COUNTY OF** ___ **CLARK** _____    )

On __6-7-06_____ before me, ____Joseph C. Angulo____ a Notary Public in and for said County and State, personally appeared ____Peggy Mirata____ , ___Judith M. Fosler____ and ____Terri Hall_____ as ____Authorized Signatories____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

JOSEPH C. ANGULO
Notary Public State of Nevada
Appointment No. 04 86464-1
My Appt. Expires Dec 24, 2007

STATE OF NEVADA
DECLARATION OF VALUE FORM

1. Assessor's Parcel Number(s)
   a) **125-19-613-050**
   b) _____
   c) _____
   d) _____

2. Type of Property:
   a) ☐ Vacant Land      b) X Single Fam. Res.
   c) ☐ Condo/Twnhse     d) ☐ 2-4 Plex
   e) ☐ Apt. Bldg        f) ☐ Comm'l/Ind'l
   g) ☐ Agricultural     h) ☐ Mobile Home
      ☐ Other

   | FOR RECORDER'S OPTIONAL USE ONLY |
   |---|
   | Book: |
   | Page: |
   | Date of Recording: |
   | Notes: |

3. Total Value/Sales Price of Property                        $   379,238.00
   Deed in Lieu of Foreclosure Only (value of property)       $
   Transfer Tax Value:                                        $   379,238.00
   Real Property Transfer Tax Due                             $     1,935.45

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section _____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature: _Terri Hall_ (signed)            Capacity: Seller/Grantor

Signature: _____             Capacity: Buyer/Grantee

| SELLER (GRANTOR) INFORMATION (Required) | BUYER (GRANTEE) INFORMATION (Required) |
|---|---|
| Print Name: Pardee Homes of Nevada | Print Name: Jose Pina |
| Address: 10880 Wilshire Blvd #1900 | Address: 6812 Rolling Boulder. |
| City: Los Angeles | City: Las Vegas |
| State: CA 90024 | State: NV° 89149 |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
Print Name: LAND TITLE OF NEVADA, INC.        Escrow #:14061605-DL
Address: 720 S Seventh Street
City: Las Vegas, Nevada 89101

AN ADDITIONAL RECORDING FEE OF $1.00 WILL APPLY FOR EACH DECLARATION OF
VALUE FORM PRESENTED TO CLARK COUNTY, EFFECTIVE JUNE 1, 2004

# EXHIBIT B

# Mortgage Statement



**Home Mortgage**

**OVERNIGHT DELIVERY:**
U.S. Bank Home Mortgage
4601 Frederica Street
Owensboro, KY 42301

## Contact Information



**24 Hour Automated Service:  1-800-365-7772**
**Customer Service Hours:**
Monday - Friday, 7.00 a.m. - 8.00 p.m. CT

**Hearing Impaired:  1-800-874-5563**
Monday - Friday, 8.00 a.m. - 5.00 p.m.CT

**Correspondence Address:**
U.S. Bank Home Mortgage
P.O. Box 20005
Owensboro, KY 42304-0005

**Overnight Payment Delivery Only:**
U.S. Bank Home Mortgage
4601 Frederica Street
Owensboro, KY 42301

www.usbankhomemortgage.com



94578-0003218-001-1-000-010-000-000
JOSE L PINA
MARIA PINA
6812 ROLLING BOULDER ST
LAS VEGAS NV 89149-1649

| | |
|---|---|
| Statement Date | 06/11/09 |

## Payment Summary

| | |
|---|---|
| SCHEDULED DUE DATE | 07/01/09 |

We may contact you if payment is not received by scheduled due date

| | |
|---|---|
| LOAN DUE DATE | 05/01/09 |

**PAYMENT FACTORS**

| | |
|---|---|
| Principal & Interest | $1,704.21 |
| Tax | $303.77 |
| Insurance | $52.83 |
| PMI / MIP | $147.90 |
| **PAYMENT AMOUNT DUE** | **$2,208.71** |
| Past Due Amount(s) | $2,208.71 |
| Unpaid Late Charge(s) | $85.21 |
| Return Item / Other Fee(s) | $20.00 |
| **TOTAL AMOUNT DUE** | **$4,522.63** |
| **IF PAID AFTER 07/16/09, PAY** | **$4,607.84** |

Payment processing cutoff time is 5.00 p.m. Central Time, Monday - Friday. ** Payments received after cutoff time will be applied to your account the next business day.  Late charges may be assessed if payments are not received on time as specified in the terms of your mortgage agreement.  **Payments due on a weekend or legal holiday will not be assessed a late charge if received by cutoff time the following business day. Cutoff times may vary if choosing alternative payment options.

## Loan Information

| | |
|---|---|
| ACCOUNT NUMBER | 6912014171 |
| PROPERTY ADDRESS: | 6812 ROLLING BOULDER LAS VEGAS NV 89149 |

| | |
|---|---|
| **INTEREST RATE** | **4.750%** |

**BALANCES**

| | |
|---|---|
| Principal (Not a Payoff Amount) | $365,129.19 |
| Escrow | $1,076.08 |
| Recoverable Corp Advance | ($80.07) |
| Suspense Balance* | $921.14 |

* The suspense balance is NOT deducted from the TOTAL AMOUNT DUE.

**YEAR TO DATE**

| | |
|---|---|
| Interest Paid | $4,342.01 |
| Taxes Paid | $911.32 |

*SEE REVERSE SIDE FOR ADDITIONAL IMPORTANT INFORMATION*

## Transaction Activity

| TRANSACTION DESCRIPTION | DUE DATE | TRANSACTION DATE | TOTAL RECEIVED | PRINCIPAL | INTEREST | ESCROW | OPT INS/ PRODUCT | SUBSIDY | SUSPENSE | FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Ins Disb | 06/09 | 05/28/09 | | | | 707.00- | | | | |
| Payment | 05/09 | 06/10/09 | 2208.71 | 257.89 | 1446.32 | 504.50 | | | | |

### IMPORTANT MESSAGES

Please be advised that we are aware of your Bankruptcy proceedings and this document is being provided for informational purposes only and should not be construed as a demand for payment. In addition, the contractual due date shown may not reflect the current due date under the terms of your bankruptcy plan.  Post-petition payments scheduled for payment outside your plan should be paid on their normal due date.

# EXHIBIT C

B6D (Official Form 6D) (12/07)

In re    **Jose L. Pina,**                                    Case No. ___**09-17787**___
      **Maria L. Pina**

                                         Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6794** <br><br> **Beneficial** <br> **P.O. Box 5233** <br> **Carol Stream, IL 60197-5233** | | C | **February of 2007** <br><br> **Deed of Trust** <br><br> **6812 Rolling Boulder Street** <br><br> Value $         **300,000.00** | | | | **81,966.30** | **81,966.30** |
| Account No. **xxxx6721** <br><br> **Chase Auto** <br> **14800 Frye Road** <br> **Fort Worth, TX 76155** | | C | **Opened 9/22/07 Last Active 3/30/09** <br><br> **Security Agreement** <br><br> **2007 GMC Yukon Denali** <br><br> Value $         **25,000.00** | | | | **39,281.00** | **14,281.00** |
| Account No. **xxxxxxxxx4171** <br><br> **Us Bk Hm Mtg** <br> **777 E Wisconsin** <br> **Milwaukee, WI 53202** | | C | **Opened 6/27/06 Last Active 8/11/08** <br><br> **First Mortgage** <br><br> **6812 Rolling Boulder Street** <br><br> Value $         **300,000.00** | | | | **365,899.00** | **65,899.00** |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |
| **0**   continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **487,146.30** | **162,146.30** |
| | | | Total <br> (Report on Summary of Schedules) | | | | **487,146.30** | **162,146.30** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

# EXHIBIT D

| Borrower | n/a | | | | File No. | VVA101 |
| Property Address | 6812 Rolling Boulder Street | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89149-1649 |
| Client | Maria & Jose Pina | | | | | |



04/14/2009

6812 Rolling Boulder Street
Town Center Assemblage RPD5 55 #3 Plat Book 122 Page 23 Lot 50 Block 2
Las Vegas , NV 89149-1649

n/a
6512 Rolling Boulder Street
Las Vegas, NV 89131

GP Residential ............................................................... 1
GP Residential Certifications Addendum ........................................ 4
Market Conditions Addendum to the Appraisal Report ............................ 6
market area trend ............................................................ 7
Subject Photos ............................................................... 8
Photograph Addendum .......................................................... 9
Comparable Photos 1-3 ........................................................ 10
Location Map ................................................................. 11
Plat Map ..................................................................... 12
Building Sketch (Page - 1) ................................................... 13
Invoice ...................................................................... 14

Shawn Kinney                                                          File No. VVA101 Page #1

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: VVA101

**SUBJECT**

| | |
|---|---|
| Property Address: 6812 Rolling Boulder Street | City: Las Vegas    State: NV    Zip Code: 89149-1649 |
| County: Clark | Legal Description: Town Center Assemblage RPD5 55 #3 Plat Book 122 Page 23 Lot 50 Block 2 |

Assessor's Parcel #:  125-19-613-050

| | |
|---|---|
| Tax Year: 2009    R.E. Taxes: $ 3,645.27    Special Assessments: $ 0 | Borrower (if applicable): none |
| Current Owner of Record:  Pina | Occupant: ☒ Owner  ☐ Tenant  ☐ Vacant  ☐ Manufactured Housing |
| Project Type: ☐ PUD  ☐ Condominium  ☐ Cooperative  ☒ Other (describe) H.O.A. | HOA: $ 47.00  ☐ per year  ☒ per month |
| Market Area Name: Town Center Assemblage RPD5 55 | Map Reference: 22-B1 | Census Tract: 0032.03 |

The purpose of this appraisal is to develop an opinion of:  ☒ Market Value (as defined), or  ☐ other type of value (describe)

This report reflects the following value (if not defined, see comments):  ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective

Approaches developed for this appraisal:  ☒ Sales Comparison Approach  ☐ Cost Approach  ☐ Income Approach  (See Reconciliation Comments and Scope of Work)

Property Rights Appraised:  ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)

Intended Use: Market Value for the use in Bankruptcy Court.

**ASSIGNMENT**

Intended User(s) (by name or type):  Maria & Jose Pina,  Randal R. Lenard Attorney At Law.

| | |
|---|---|
| Client: Maria & Jose Pina | Address: 6812 Rolling Boulder Street, Las Vegas , NV 89149-1649 |
| Appraiser: Shawn Kinney | Address: 5604 Distant Drum , North Las Vegas , NV 89031 |

**MARKET AREA DESCRIPTION**

| Location: ☐ Urban  ☒ Suburban  ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| Built-up: ☒ Over 75%  ☐ 25-75%  ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 60 % | ☒ Not Likely |
| Growth rate: ☐ Rapid  ☒ Stable  ☐ Slow | ☒ Owner | | | 2-4 Unit 5 % | ☐ Likely *  ☐ In Process * |
| Property values: ☐ Increasing  ☐ Stable  ☒ Declining | ☐ Tenant | 155  Low  1 | | Multi-Unit 5 % | * To: |
| Demand/supply: ☐ Shortage  ☐ In Balance  ☒ Over Supply | ☒ Vacant (0-5%) | 463  High  11 | | Comm'l 20 % | |
| Marketing time: ☐ Under 3 Mos.  ☒ 3-6 Mos.  ☐ Over 6 Mos. | ☐ Vacant (>5%) | 210  Pred  4 | | Other 20 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above median sites and trends):    Market Area boundaries are Grand

Teton Drive on the North, 215 on the South, I-95 on the East, and Vacant Land on the West.

The subjects market area declined a prox. 23.6% from 04/2008-02/2009 based on a value trend of comparable properties. New construction

activity has slowed as REO properties increased in the market. Out of 51 comparable sales, 60% were listed as bank owned/short sales and

Out of 37 comparable listings 70% were listed as bank owned/short sales. Market concession ranging from 0-6%, with a mean of 2%.

Currently 37 comparable homes listed for sale. 9 are in contract and 19 are listed as vacant in the subject's market area. Unemployment rate

for Las Vegas March 09 was 10.4% up 5.2% from last year. Job growth is down 4.7%. U.S average unemployment rate as of March 09 was

18.5% which is up 3.4% from last year.

**SITE DESCRIPTION**

| | | |
|---|---|---|
| Dimensions:  none given see plat map | Site Area:  0.14 Sq. ft. +/- per Clark County Assessor | |
| Zoning Classification:  R-PD5 | Zoning Compliance:  ☒ Legal  ☐ Less conforming (grandfathered)  ☐ Illegal  ☐ No zoning | Description:  Residential Planned Development District |
| (R-PD5) | | |

Are CC&Rs applicable?  ☐ Yes  ☐ No  ☐ Unknown    Have the documents been reviewed?  ☐ Yes  ☒ No    Ground Rent (if applicable)  $

Highest & Best Use as improved:  ☒ Present use, or  ☐ Other use (explain)

Actual Use as of Effective Date:  single family residential            Use as appraised in this report:  single family residential

Summary of Highest & Best Use:  Highest and best is as developed, single family residential

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | flat |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | typical for area | Street | asphalt | ☒ | ☐ | Size | .14 +/- Acre. |
| Gas | ☒ | ☐ | typical for area | Curb/Gutter | n/a | ☒ | ☐ | Shape | interior/rectangular |
| Water | ☒ | ☐ | typical for area | Sidewalk | n/a | ☒ | ☐ | Drainage | typical |
| Sanitary Sewer | ☒ | ☐ | typical for area | Street Lights | yes | ☒ | ☐ | View | neighborhood |
| Storm Sewer | ☒ | ☐ | typical for area | Alley | n/a | ☒ | ☐ | | |

Other site elements:  ☒ Inside Lot  ☐ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐ Other (describe)

FEMA Spec'l Flood Hazard Area  ☐ Yes  ☒ No    FEMA Flood Zone  X    FEMA Map # 32003C1745E    FEMA Map Date  9/27/2002

Site Comments:  Typical site improvements for the area.

**DESCRIPTION OF THE IMPROVEMENTS**

| General Description | | Exterior Description | | Foundation | | Basement  ☒ None | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1  ☐ Acc.Unit | Foundation | concrete slab | Slab | concrete | Area Sq. Ft. | n/a | Type | fwa |
| # of Stories | 2 | Exterior Walls | frame stucco | Crawl Space | n/a | % Finished | n/a | Fuel | gas |
| Type ☒ Det. ☐ Att. ☐ | | Roof Surface | concrete tile | Basement | n/a | Ceiling | | | |
| Design (Style) | traditional 2story | Gutters & Dwnspts. | metal | Sump Pump | n/a | Walls | | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Cnstrn. | | Window Type | double pane | Dampness | n/a | Floor | | Central | X |
| Actual Age (Yrs.) | 3 | Storm Sashes | woven mesh | Settlement | none visible | Outside Entry | | Other | |
| Effective Age (Yrs.) | 2 | | | Infestation | none visible | | | | |

| Interior Description | | Appliances | Attic  ☒ None | Amenities | | Car Storage  ☐ None | | |
|---|---|---|---|---|---|---|---|---|
| Floors | tile-carpet/good | Refrigerator  ☒ | Stairs | Fireplace(s) #  n/a | Woodstove(s) # | Garage  # of cars  3  Tot. | | |
| Walls | drywall/good | Range/Oven  ☒ | Drop Stair | Patio | open | Attach. | | |
| Trim/Finish | wood/carrid/good | Disposal  ☒ | Scuttle | Deck | n/a | Detach. | | |
| Bath Floor | tile/good | Dishwasher  ☒ | Doorway | Porch | covered | Blt.-In  3  Cars | | |
| Bath Wainscot | fiberglass/good | Fan/Hood  ☒ | Floor | Fence | concrete block | Carport | | |
| Doors | hollow core/good | Microwave  ☒ | Heated | Pool | n/a | Driveway  x  3-cars | | |
| | | Washer/Dryer  ☒ | Finished | | | Surface | concrete | |

Finished area above grade contains:        8  Rooms        4  Bedrooms        3  Bath(s)        2,413  Square Feet of Gross Living Area Above Grade

Additional features:  tile flooring, intercom, tile kitchen counters, and a finished garage with an automatic door opener.

Describe the condition of the property (including physical, functional, and external obsolescence):    The improvements are noted to be in good condition with no

physical, functional or external inadequacies noted. The subject's effective age is based on the current condition of the house as of the

inspection date. The subject's roof appears to be in good condition, with no visible damage from the street. Utilities were on.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**        Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE        3/2007

File No. VVA101 Page #2

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: VVA101

**TRANSFER HISTORY**

My research [ ] did [x] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): MLS/Clark County Assessor

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: No other prior sales or transfers of the |
|---|---|
| Date: 06/27/2006 | subject property within three years of the appraisal. |
| Price: $379,235 new construction | |
| Source(s): Clark County Assessor | |

2nd Prior Subject Sale/Transfer
Date: n/a
Price:
Source(s):

## SALES COMPARISON APPROACH TO VALUE (if developed)    The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 6812 Rolling Boulder Street Las Vegas, NV 89149-1649 | 6823 Rolling Boulder Street Las Vegas, NV 89149-1649 | | 9405 Hillside View Court Las Vegas, NV 89149-1650 | | 9211 Horseshoe Basin Avenue Las Vegas, NV 89149-0173 | |
| Proximity to Subject | | 0.03 miles N | | 0.16 miles NE | | 0.42 miles NE | |
| Sale Price | $ | $ 238,000 | | $ 177,000 | | $ 175,000 | |
| Sale Price/GLA | $ sq.ft. | $ 98.39 /sq.ft. | | $ 73.17 /sq.ft. | | $ 75.82 /sq.ft. | |
| Data Source(s) | | MLS#873471 CDom 78 +/- | | MLS#915204 Cdom 25+/- | | MLS#902878 CDom 56 +/- | |
| Verification Source(s) | | Doc#20061231:03563 | | Doc#20090327:04239 | | Doc#20090319:04744 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | conv | | cash | | fha | |
| Concessions | N/A | $0 typical | 0 | $0 typical | 0 | $9,323 typical | 0 |
| Date of Sale/Time | | 12/31/2008 | | 03/27/2009 | | 03/19/2009 | |
| Rights Appraised | fee simple | fee simple | | fee simple | | fee simple | |
| Location | average | average | | average | | average | |
| Site | 0.14 Sft. +/- | 0.11 acres +/- | 0 | 0.11 acres +/- | 0 | 0.12 acres +/- | 0 |
| View | neighborhood | neighborhood | | neighborhood | | neighborhood | |
| Design (Style) | traditional 2story | traditional 2story | | traditional 2story | | traditional 2story | |
| Quality of Construction | average | average | | average | | average | |
| Age | 3 | 3 | | 3 | | 4 | |
| Condition | good | excellent remodel | -20,000 | good | | good | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 8 | 4 | 3 | 8 | 4 | 3 | 8 | 4 | 3 | 7 | 4 | 3 |
| Gross Living Area | 2,413 sq.ft. | 2,419 sq.ft. | | 2,419 sq.ft. | | 2,308 sq.ft. | 0 |
| Basement & Finished | n/a | n/a | | n/a | | n/a | |
| Rooms Below Grade | n/a | none | | none | | none | |
| Functional Utility | average | average | | average | | average | |
| Heating/Cooling | fwa/central | fwa/central | | fwa/central | | fwa/central | |
| Energy Efficient Items | standard | standard | | standard | | standard | |
| Garage/Carport | 3-garage | 3-garage | | 3-garage | | 3-garage | |
| Porch/Patio/Deck | cvporch/patio | cvporch/patio | 0 | cvporch/cvpat bal | | cvporch/patio | |
| Upgrades/ppp | upgraded | similar | | similar | | similar | |
| market condition/cont dat | declining | 12/05/2009 | -15,700 | 03/06/2009 | | 02/06/2009 | 0 |
| bank cond/short sale | owner occupied | investor sale | | bank sale | | bank sale | |
| Net Adjustment (Total) | | [ ] + [x] - | $ -35,700 | [ ] + [ ] - | $ | [ ] + [ ] - | $ |
| Adjusted Sale Price | | Net | 15.0 % | | Net | % | | Net | % | |
| of Comparables | | Gross | 15.0 % | $ 202,300 | Gross | % | $ 177,000 | Net | % | $ 175,000 |

**Summary of Sales Comparison Approach** The comparables used are considered to be in the subject's market area. As by definition, market area it is not limited to a one mile but is the area in which alternative, similar properties effectively compete with the subject property in the minds of probable, potential purchasers and users. The comparables selected were most recent sales within the subject's market area and are of similar quality of construction, design, utility and market appeal of the subject.
No personal property was attributed to the final estimated market value of the subject property.

Comparable #1 warranted an adjustment for it's remodeled condition and a declining market adjustment based on it's contract date. No other adjustments were warranted.*

Comparable #2 warranted no adjustments.

Comparable #3 warranted no adjustments.

Comparables #2 and #3 were given the greatest consideration in the final reconciliation of the Sales Comparison Approach.

Adjustments are extracted from the market and are rounded. * When no adjustment is made for differences between the subject and the comparables it is represented by a 0. That indicates that no clearly specific dollar amount was demonstrated in the current market. Adjustments that could not be quantified with a dollar amount are not ignored but given consideration in the final reconciliation of the estimated market value for the subject property.
The greatest influence on sale prices in the current market is the condition of the property and the allowable marketing time by the owner. Some adjustments could not be extracted from the market, as there was no apparent witnigness of the typical buyer to pay more for some minor differences in the current market (slightly larger lot sizes, difference in patio/balcony, and slight difference in q.a.).

**Indicated Value by Sales Comparison Approach** $ 177,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

File No. VVA101 Page #3

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: VVA101

**COST APPROACH TO VALUE (if developed)**    [X] The Cost Approach was not developed for this appraisal.
Provide adequate information for replication of the following cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):    N/A

| ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|
| Source of cost data: | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service: | Effective date of cost data: | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | =$ |
| | | Sq.Ft. @ $ | =$ |
| | | Sq.Ft. @ $ | =$ |
| | | | =$ |
| | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less    Physical    Functional    External | | |
| | Depreciation | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| | | | =$ |
| | | | =$ |
| Estimated Remaining Economic Life (if required): Years | INDICATED VALUE BY COST APPROACH | | =$ |

**INCOME APPROACH TO VALUE (if developed)**    [X] The Income Approach was not developed for this appraisal.

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM):

**PROJECT INFORMATION FOR PUDs (if applicable)**    [ ] The Subject is part of a Planned Unit Development.
Legal Name of Project:
Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ 177,000    Cost Approach (if developed) $ n/a    Income Approach (if developed) $ n/a
Final Reconciliation    The Sales Comparison approach is the most accurate form of appraisal technique in developing market value for SFR properties thus was the only one developed. The cost approach has been deemed not applicable thus was not developed. Income approach is deemed not applicable thus was not developed. This in a non FRT (Federally rated transaction) transaction.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, [ ] subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

[ ] This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $    177,000    , as of:    04/14/2009    , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains    15    pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
[X] Scope of Work    [X] Limiting Cond./Certifications    [ ] Narrative Addendum    [X] 2 Photograph Addenda    [X] Certification pages
[X] Map Addenda    [ ] Additional Sales    [ ] Cost Addendum    [ ] Flood Addendum    [X] Table of contents
[X] Hypothetical Conditions    [X] Extraordinary Assumptions    [X] 1 Trend Chart    [ ] switch    [X] market condition form

Client Contact:    Maria Pina    Client Name:    Maria & Jose Pina
E-Mail:    luli52523@yahoo.com    Address:    5912 Rolling Boulder Street , Las Vegas , NV 89149-1649

## APPRAISER

Appraiser Name:    Shawn Kinney
Company:    Vegas Valley Appraisers
Phone: (702) 951-7573    Fax: (702) 951-5579
E-Mail: shawn@vegasvalleyappraisers.com
Date of Report (Signature):    April 21, 2009
License or Certification #:    A.0007562-CR    State: NV
Designation:    n/a
Expiration Date of License or Certification:    10/31/2009
Inspection of Subject    [X] Interior & Exterior    [ ] Exterior Only    [ ] None
Date of Inspection:    04/14/2009

## SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)

Supervisory or
Co-Appraiser Name:
Company:
Phone:    Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:    State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject:    [ ] Interior & Exterior    [ ] Exterior Only    [ ] None
Date of Inspection:

**GP RESIDENTIAL**    Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

## Assumptions, Limiting Conditions & Scope of Work

File No.: VVA101

| Property Address: | 6812 Rolling Boulder Street | | City: Las Vegas | | State: NV | Zip Code: 89149-1649 |

Client: Maria & Jose Pina    Address: 6812 Rolling Boulder Street , Las Vegas , NV 89149-1649

Appraiser: Shawn Kinney    Address: 5504 Distant Drum , North Las Vegas , NV 89081

### STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a home inspection and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Data of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

## Certifications

File No.: VVA101, Page #5

| Property Address: 6812 Rolling Boulder Street | City: Las Vegas | State: NV | Zip Code: 89149-1649 |
|---|---|---|---|
| Client: Maria & Jose Pina | Address: 6812 Rolling Boulder Street , Las Vegas , NV 89149-1649 | | |
| Appraiser: Shawn Kinney | Address: 5604 Distant Drum , North Las Vegas , NV 89081 | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

— The statements of fact contained in this report are true and correct.

— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

— My engagement in this assignment was not contingent upon developing or reporting predetermined results.

— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications:

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Maria Pina | Client Name: Maria & Jose Pina | |
|---|---|---|
| E-Mail: vA52523@yahoo.com | Address: 6812 Rolling Boulder Street , Las Vegas , NV 89149-1649 | |

| **APPRAISER** | **SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)** | |
|---|---|---|
| Appraiser Name: Shawn Kinney | Supervisory or Co-Appraiser Name: | |
| Company: Vegas Valley Appraisers | Company: | |
| Phone: (702) 951-7573     Fax: (702) 951-5579 | Phone:     Fax: | |
| E-Mail: shawn@vegasvalleyappraisers.com | E-Mail: | |
| Date Report Signed: April 21, 2009 | Date Report Signed: | |
| License or Certification #: A.0007562-CR     State: NV | License or Certification #:     State: | |
| Designation: n/a | Designation: | |
| Expiration Date of License or Certification: 10/31/2009 | Expiration Date of License or Certification: | |
| Inspection of Subject [X] Interior & Exterior [ ] Exterior Only [ ] None | Inspection of Subject [ ] Interior & Exterior [ ] Exterior Only [ ] None | |
| Date of Inspection: 04/14/2009 | Date of Inspection: | |

GP RESIDENTIAL

## Market Conditions Addendum to the Appraisal Report

File No. VVA101

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 6812 Rolling Boulder Street | City | Las Vegas | State | NV | ZIP Code | 89148-1649 |
|---|---|---|---|---|---|---|---|
| Borrower | n/a | | | | | | |

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 37 | 8 | 6 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 6.2 | 2.7 | 2.0 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Total # of Comparable Active Listings | 52 | 24 | 27 | ☒ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 8.4 | 8.9 | 13.5 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7-12 Months | Prior 4-6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 234,990 | 200,000 | 180,000 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Median Comparable Sales Days on Market | 97 | 87 | 70 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | 212,450 | 197,460 | 174,900 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Median Comparable Listings Days on Market | 105 | 69 | 73 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 111 | 101 | 103 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | ☒ Yes | ☐ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    Seller concessions in the current market were ranging from 0-6%, with a median of 2%. Concessions prior 7-12 months median of 0%, 4-6 months median of 3%, current-3 months median of 3%.

Are foreclosure sales (REO sales) a factor in the market?  ☒ Yes  ☐ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
12 months prior of the effective date of the Appraisal report, out of 51 comparable sales, 80% were listed as bank owned/short sales and Out of 37 comparable listings 78% were listed as bank owned/short sales. There are currently 37 comparable homes listed for sale, 12 are in contract and 26 are listed as vacant in the subject's market area.

Cite data sources for above information.    MLS/Clark County Assessor

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The subjects market area declined approx. 23.6% from 04/2008-02/2009 based on a value trend of comparable properties. New construction activity has slowed as REO properties increased in the market. Out of the 12 pending comparable sales 8 were listed as bank owned/short sales properties.

| If the subject is a unit in a condominium or cooperative project, complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name  Shawn Kinney | | Supervisory Appraiser Name | |
| Company Name  Vegas Valley Appraisers | | Company Name | |
| Company Address  5604 Distant Drum , North Las Vegas , NV 89081 | | Company Address | |
| State License/Certification #  A.0007552-CR | State  NV | State License/Certification # | State |
| Email Address  shawn@vegasvalleyappraisers.com | | Email Address | |

Freddie Mac Form 71   March 2009 | Page 1 of 1 | Fannie Mae Form 1004MC   March 2009

File No. WA101| Page #7

## 12 Month Market Area Value Trend(Comparable Properties)

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6812 Rolling Boulder Street | | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code 89149-1643 |
| Client | Maria & Jose Pina | | | | | |



File No. VGA1011 Page #3

## Subject Photo Page

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 6812 Rolling Boulder Street | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89149-1649 |
| Client | Maria & Jose Pina | | | | |



**Subject Front**

6812 Rolling Boulder Street:
Sales Price
Gross Living Area          2,413
Total Rooms                8
Total Bedrooms             4
Total Bathrooms            3
Location                   average
View                       neighborhood
Size                       0.14 Sf. +/-
Quality                    average
Age                        3



**Subject Rear**



**Subject Street**

File No. WA131  Page #6

## Photograph Addendum

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 6812 Rolling Boulder Street | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89149-1649 |
| Client | Maria & Jose Pina | | | | |



**kitchen**



**bedroom**



**bathroom**



**living room**



**bathroom**



**bathroom**

File No. WA101 Page #13

### Comparable Photos #1-3

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | n/a | | | | | |
| Property Address | 6512 Rolling Boulder Street | | | | | |
| City | Las Vegas | | County | Clark | State | NV | Zip Code | 89149-1649 |
| Client | Maria & Jose Pina | | | | | |



**Comparable 1**

6823 Rolling Boulder Street
Prox. to Subject    0.03 miles N
Sales Price    238,000
Gross Living Area    2,419
Total Rooms    6
Total Bedrooms    4
Total Bathrooms    3
Location    average
View    neighborhood
Size    0.11 acres +/-
Quality    average
Age    3



**Comparable 2**

9405 Hillside View Court
Prox. to Subject    0.16 miles NE
Sales Price    177,000
Gross Living Area    2,419
Total Rooms    6
Total Bedrooms    4
Total Bathrooms    3
Location    average
View    neighborhood
Size    0.11 acres +/-
Quality    average
Age    3



**Comparable 3**

9211 Horseshoe Basin Avenue
Prox. to Subject    0.42 miles NE
Sales Price    175,000
Gross Living Area    2,308
Total Rooms    7
Total Bedrooms    4
Total Bathrooms    3
Location    average
View    neighborhood
Size    0.12 acres +/-
Quality    average
Age    4

File No. WA10L Page # 11

## Location Map

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 6812 Rolling Boulder Street | | | | |
| City | Las Vegas | County | Clark | State | NV | Zip Code | 89149-1649 |
| Client | Maria & Jose Pina | | | | |



**Plat Map**

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 6812 Rolling Boulder Street | | | | |
| City | Las Vegas | County  Clark | State  NV | Zip Code  89149-1649 |
| Client | Maria & Jose Pina | | | | |

File No. W41011 Page #13

**Building Sketch**

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 6512 Rolling Boulder Street | | | | |
| City | Las Vegas | Dusty Clark | | State NV | Zip Code 89149-1649 |
| Client | Maria & Jose Pina | | | | |



### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 1271.0 | 1271.0 |
| GLA2 | Second Floor | 1142.0 | 1142.0 |
| GAR | Garage | 562.0 | 562.0 |

| | | |
|---|---|---|
| Net LIVABLE Area | (Rounded) | 2413 |

### LIVING AREA BREAKDOWN

| Breakdown | | Subtotals |
|---|---|---|
| First Floor | | |
| 2.0 x 11.0 | | 22.0 |
| 16.0 x 40.0 | | 640.0 |
| 6.0 x 23.0 | | 138.0 |
| 1.0 x 11.0 | | 11.0 |
| 20.0 x 23.0 | | 460.0 |
| Second Floor | | |
| 15.0 x 29.0 | | 435.0 |
| 17.0 x 26.0 | | 442.0 |
| 3.0 x 7.0 | | 21.0 |
| 12.0 x 19.0 | | 228.0 |
| 1.0 x 16.0 | | 16.0 |

| | | |
|---|---|---|
| 10 Items | (Rounded) | 2413 |

File No. VVA101 Page #14

Sharon Kinney

# INVOICE

**FROM:**

Vegas Valey Appraisers
5604 Distant Drum Road
North Las Vegas, NV 59081

Telephone Number: 702-951-7573     Fax Number: 702-951-5579

| INVOICE NUMBER |
| --- |
| VVA101 |

| DATE |
| --- |
| 04/14/2009 |

**TO:**

Maria Pina
Maria & Jose Pina
6812 Rolling Boulder Street
Las Vegas  , NV 69149-1649

Telephone Number:           Fax Number:
Alternate Number:           E-Mail:

| REFERENCE | |
| --- | --- |
| Internal Order #: | VVA101 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | VVA101 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

Lender: n/a                                          Client: Maria & Jose Pina
Purchaser/Borrower: n/a
Property Address: 6812 Rolling Boulder Street
City: Las Vegas
County: Clark                         State: NV               Zip: 69149-1649
Legal Description: Town Center Assemblage RFD5 55 #3 Plat Book 122 Page 23 Lot 50 Block 2

| FEES | AMOUNT |
| --- | --- |
| GP form | 250.00 |
| **SUBTOTAL** | 250.00 |

| PAYMENTS | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: | Date: 04/14/2009 | Description: paid in full | 250.00 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | 250.00 |
| | | **TOTAL DUE** $ | 0 |

---

Please Return The Portion With Your Payment

**FROM:**

Maria Pina
Maria & Jose Pina
6812 Rolling Boulder Street
Las Vegas  . NV 69149-1649

Telephone Number:           Fax Number:
Alternate Number:           E-Mail:

| AMOUNT DUE: | $ _____ |
| --- | --- |
| AMOUNT ENCLOSED: | $ _____ |

| INVOICE NUMBER |
| --- |
| VVA101 |

| DATE |
| --- |
| 04/14/2009 |

| REFERENCE | |
| --- | --- |
| Internal Order #: | VVA101 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | VVA101 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

**TO:**

Vegas Valey Appraisers
5604 Distant Drum Road
North Las Vegas, NV 89081

Form N4Ir — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Randal R. Leonard, Esq.
Nevada Bar No. 006716
500 South 8th Street
Las Vegas, NV 89101
(702) 598-3667
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-17787-BAM |
| JOSE L. PINA; | Chapter 13 |
| MARIA L. PINA, | **NOTICE OF MOTION TO AVOID LIEN** |
| Debtors. | Hearing Date: August 6, 2009<br>Hearing Time: 3:30 p.m. |

TO:    ALL PARTIES IN INTEREST

    **NOTICE IS HEREBY GIVEN** that a **MOTION TO AVOID LIENS** was filed herein on June 26, 2009, by Randal R. Leonard, Esq.  The hearing seeks to avoid liens.

    **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 15 days* after the date of this Notice.  If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing.  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

    If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

-1-

1      **NOTICE IF FURTHER GIVEN** that the hearing on the said Motion will be held before
a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd S., Third

2  Floor, Bankruptcy Courtroom No. 2, Las Vegas, NV, 89101 on August 6, 2009 at the hour of
3:30 p.m.

3

    Dated this 26th of June, 2009.

4

5

6                    /s/ Randal R. Leonard, Esq.

7                    Randal R. Leonard, Esq.
                  Nevada Bar No. 006716

8                    500 South 8th Street
                  Las Vegas, NV 89101

9                    (702) 598-3667
                  Attorney for Debtors

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th. day of June, 2009, I sent via electronic means, and or first class mail, postage pre-paid, the foregoing **NOTICE OF MOTION & MOTION TO AVOID LIEN,** to the following:

RICK A. YARNALL, TRUSTEE
701 BRIDGER AVE., #820
LAS VEGAS, NV 89101

HON. JUDGE MARKELL
U.S BANKRUPTCY COURT
ATTN: COURT CLERK
300 LAS VEGAS BLVD., SOUTH
FOURTH FLOOR
LAS VEGAS, NV 89101

BENEFICIAL
BANKRUPTCY DEPARTMENT
PO BOX 5233
CAROL STREAM, IL 60197-5233



**Beneficial**
*Member HSBC ⟨X⟩ Group*

| Statement Date | Mar 19, 2009 |
|---|---|
| Payment Due | $8,718.93 |
| Payment Due Date | Apr 05, 2009 |

| Beneficial Branch | Customer Service |
|---|---|
| 702-385-0855 | 800-365-0175 |
| 7035 WEST ANN RD. | |
| RIO VISTA PLAZA STE. 160 | Website |
| LAS VEGAS NV 89130 | WWW.BENEFICIAL.COM |

11/21/2008

Statement for
**JOSE PINA &
MARIA PINA**
Account Number
**0016416794**

To avoid late charges we must receive your payment by 04/15/09
during business hours.

## Payment Detail

**Your payment due 04/05/09**

| | |
|---|---|
| Principal & Interest | 815.57 |
| Standard Payment | 815.57 |
| Past Due Amount | 7,340.13 |
| Unpaid Late Charges | 538.23 |
| Other Fees & Adv | 25.00 |
| **Payment Due** | **$8,718.93** |

## Account Summary

**Summary as of 03/19/09**

**Balances Owed**

Principal Balance[1]        81,966.30

1) Your Principal Balance is not a payoff
amount. To receive information on
paying off your loan, please call us at
800-557-0003 or visit
www.beneficial.com.

eeks. Therefore,
) West Craig Road,
'egas[2], effective

dicated

## Recent Activity   *Account activity since last statement*

| Date | Description | Total Amount | Principal | Interest | Total Escrow | Advance | Insurance Premium | Late Charge | Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

ate and

)ur next

ke the payment to
·n your billing

· recent
.com and utilize

Page 1 of 2

STMT2BBE (11/08)

## Payment Coupon
**Make checks payable to :   Beneficial**
**Always write your account number on your check.**

Enclose this coupon with your payment.

| Account Number: | 0016416794 |
|---|---|
| Payment Due Date: | Apr 05, 2009 |
| Payment Due: | $8,718.93 |

Please check here for change of address & complete other side

red by law to

Amount Enclosed: $                     •

JOSE PINA
MARIA PINA
6812 ROLLING BOULDER
LAS VEGAS, NV 89149-1649

Beneficial
P.O. Box 5233
Carol Stream, IL  60197-5233