Electronically Filed _____

**Entered on Docket
November 02, 2009**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
U.S. Bank, N.A., it's Successors and/or Assigns
09-74474 / 6912014171

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-17787-bam |
| Jose L. Pina and Maria L. Pina | MS Motion No.<br>Date:<br>Time: |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---:|
| 4 Monthly Payments(s) at $2,208.71 | $8,834.84 |
| (July 1, 2009 - October 1, 2009) | |
| 4 Late Charge(s) at $85.21 | $340.84 |
| (July 1, 2009 - October 1, 2009) | |
| Motion for Relief Filing Fee | $750.00 |
| Attorneys Fees | $150.00 |
| Immediate lump sum payment | ($2,208.71) |
| Total | $7,866.97 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,679.28 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the November 20, 2009 payment and continuing throughout and concluding on or before March 20, 2010. The sixth final payment in the amount of $1,679.28 shall be paid on or before April 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the November 1, 2009, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 6812 Rolling Boulder, Las Vegas, NV 89149, and legally described as follows:

LOT FIFTY (50) IN BLOCK TWO (2), OF FINAL MAP OF TOWN CENTER ASSEMBLAGE
RPD5 55 NO. 3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 122 OF PLATS, PAGE 23, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA. EXCEPT ALL OIL, ASPHALTUM, PETROLEUM, NATURAL GAS AND OTHER HYDROCARBONS AND OTHER VALUABLE MINERAL SUBSTANCES AND PRODUCTS, AND ALL OTHER MINERALS WHETHER OR NOT OF THE SAME CHARACTER HEREINABOVE GENERALLY DESCRIBED, IN OR UNDER SAID LAND AND LYING AND BEING AT A VERTICAL DEPTH OF 500 OR MORE FEET BELOW THE PRESENT NATURAL SURFACE OF THE GROUND, BUT WITHOUT RIGHT OF ENTRY ON THE SURFACE OR WITHIN A VERTICAL DEPTH OF 500 FEET BELOW THE PRESENT NATURAL SURFACE OF THE GROUND.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file

and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by: _____

WILDE & ASSOCIATES

By _____
**GREGORY L. WILDE, ESQ.**
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall

By _____ 10-28-09

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Avenue #820
Las Vegas, NV 89101

Randal R. Leonard

By _____

Randal R. Leonard
Attorney for Debtors
500 S. Eighth St.
Las Vegas, NV 89101

Nevada Bar No. 6716